UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS LAGE MIRANDA,

Petitioner,

v. Case No.: 2:26-cv-2450-SPC-NPM

WARDEN *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Luis Lage Miranda's Motion to Reopen Case for Limited Purpose of Enforcement of Habeas Order and Motion to Enforce Judgment (Doc. 10) and the government's response (Doc. 12).

Lage Miranda is a noncitizen in immigration detention. On September 14, 2026, this Court granted his habeas petition and ordered the government to afford him a bond hearing with certain guardrails:

> The Court orders the Respondents to bring Petitioner before an immigration judge for an individualized bond hearing within ten days of the date of this Order. The hearing must include--and the resulting order must reflect--consideration of the factors set forth in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and the government must bear the burden of proof. If Respondents are unable to ensure Petitioner receives a bond hearing that complies with this Order within ten days, they must release him under reasonable conditions of supervision.

(Doc. 8).

On September 21, 2026, Immigration Judge Frank Pimentel denied bond with this order:

> Mandatory detention under INA 236(c)(1)(A) for having "committed" a 212(a)(2)(A)(i)(II) offense, which does not require a conviction. Exhibit 5 and Respondent's testimony establish that he committed the offense.

(Doc. 10-1 at 1).

Lage Miranda argues the bond hearing did not comply with the Court's order, and the Court agrees. Judge Pimentel's order shows he did not consider the *Guerra* factors or put the burden of proof on the government. Instead, he relied on a mandatory detention provision the government did not raise in response to Lage Miranda's habeas petition. Because Lage Miranda did not receive a bond hearing that complied with the Court's order, he is entitled to the alternative relief—release from custody. Accordingly, Lage Miranda's motion (Doc. 10) is **granted**. The respondents shall release Lage Miranda within 12 hours of this Order and facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected.

**DONE and ORDERED** in Fort Myers, Florida on September 28, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record